## Older Than 90 Days

The attached notice was returned to the Bankruptcy Noticing Center after 90 days. We do not retain notice information longer than 90 days. Therefore, we do not have the name of the "return addressee."

We are sending it to you because we believe it originated from your district/office. If you have any questions, please contact us by phone. Thank you.

Bankruptcy Noticing Center
1-800-262-5055

WED-10505 0312-2 154 09-39092
BAE Systems
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, VA 20171-3514

008850 8850 2 MB 0.504 55121 3 9 6405-2-8958

Citicorp Credit Services
Allianceone Receivables Management, Inc.
PO Box 21882
Saint Paul, MN 55121-0882

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

6405
Xjun 06

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
**CONTAINS NOTICE of a PROCEEDING**
in the
**UNITED STATES BANKRUPTCY COURT**

**FIRST-CLASS MAIL**

CITI882*X 551 NDE 1 409C 02 05/05/10
FORWARD TIME EXP    RTN TO SEND 2ACS<-
:CITIBANK ALLIANCE ONE
PO BOX 3109
SOUTHEASTERN PA 19398-3109
         RETURN TO SENDER

20171@3514

Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 09-39092-MS
Chapter: 7
Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Hamilton R Silva
178 Ridge Road
Rutherford, NJ 07070

Junia L Silva
178 Ridge Road
Rutherford, NJ 07070

Social Security No.:
xxx-xx-5145

xxx-xx-5640

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Trustee for the above-captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.

If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than January 21, 2010.

In the event an objection is timely filed, a hearing will be held before the Honorable Morris Stern on

DATE:        2/1/10
TIME:        10:00 am
COURTROOM:   3A

If no objection is filed with the Clerk and served upon the Trustee on or before January 21, 2010, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
136 EAST PIERREPONT AVE.
RUTHERFORD, NJ
F.M.V.= $350,000.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
$565,247.75

The amount of equity claimed as exempt by the debtor is:
$0.00

Request for additional information about the property to be abandoned should be directed to the Trustee at:
Donald V. Biase
Biase Associates
22 Oak Dr.

Roseland, NJ 07068
(973) 618-1008

    or the trustee's attorney (if applicable) at:

Dated: January 4, 2010
JJW:

                                                  James J. Waldron
                                                Clerk

008850    **10505008867028**